IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-323-07 |
| MICHAEL Lewis,<br>a/k/a "Maybach,"<br>a/k/a "Miz,"<br>a/k/a "Mitite" | :<br><br>: | |

**ORDER**

AND NOW, this _16th_ day of March, 2017, upon consideration of the Government's Motion to Dismiss Count 181 of the Second Superseding Indictment, it is hereby

**ORDERED**

that Count 181 of the Second Superseding Indictment at Criminal Number 14-323 as to defendant Michael Lewis is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE GERALD A. MCHUGH
*Judge, United States District Court*

3