IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-7 |
| **MICHAEL LEWIS** | : | |
| | : | |
| | : | |

## ORDER

This 29th day of January, 2021, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release, ECF 1196, is **DENIED**, for the reasons set forth in the accompanying Memorandum.

    /s/ Gerald Austin McHugh
United States District Judge

1