**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **No. 14-323-7** |
| **MICHAEL LEWIS** | : | |
| | : | |

## <u>ORDER</u>

This 28th day of February, 2023, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Second Motion for Compassionate Release, ECF 1379, is **DENIED**.

　s/Gerald Austin McHugh　　　　
United States District Judge