# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL LEWIS,** | : | **CIVIL ACTION** |
| Movant/Defendant, | : | No. 21-3864 |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 14-323-7 |
| **UNITED STATES OF AMERICA,** | : | |
| Respondents. | : | |

# **ORDER**

This 6th day of April, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Vacate, Set Aside, and Correct Sentence and Conviction, ECF 1342, is **DENIED**. No certificate of appealability shall issue.

   s/ Gerald Austin McHugh   
United States District Judge
